No. 04–9234. TOLBERT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–9240. LENIAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9244. ROMERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9245. AGUILAR-DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9247. BERNITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9260. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9265. CASTILLO REYES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–9267. PUNGITORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9275. CATHEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9279. DANDRIDGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9297. ORTIZ-HERNANDEZ, AKA ORTIZ-VACA, AKA COLUNGA, AKA CARREON ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9298. O'DELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9300. NAVARRO-MORALES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–674. AMERICAN HOME PRODUCTS CORP. ET AL. v. COLLINS ET AL. C. A. 5th Cir. Motion of Washington Legal Foundation for leave to file a brief as amicus curiae granted. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.